UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGH DAVIS,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN EXPRESS PREPAID CARD MANAGEMENT CORP.,<br><br>            Defendant. | No. 1:16-CV-0591-LJO-MJS<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

Plaintiff, Leigh Davis (Plaintiff) is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on April 27, 2016. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees. Plaintiff's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

Dated:   May 11, 2016                                  /s/ *Michael J. Seng*
                                                       UNITED STATES MAGISTRATE JUDGE

1