IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEIGH DAVIS,**<br><br>Plaintiff,<br><br>v.<br><br>**AMERICAN EXPRESS PREPAID CARD MANAGEMENT CORPORATION,**<br><br>Defendant. | 1:16-cv-00591 LJO MJS<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS COMPLAINT**<br><br>**(Doc. 9)** |

On August 26, 2016, the Magistrate Judge issued Findings and Recommendation that Plaintiff's complaint be dismissed with leave to amend based on lack of federal subject matter jurisdiction.

These Findings and Recommendations were served on all parties appearing in this action and included notice that any objections to the Findings and Recommendations were to be filed within fourteen (14) court days of the date of service of the order. (ECF No. 9.) On September 14, 2016, Plaintiff filed a request for extension of time. (ECF No. 10.) The request was granted, and Plaintiff was provided until September 30, 2016 to file objections. (ECF No. 11.)

On September 30, 2016, Plaintiff filed a notice of interlocutory appeal, which was processed to the Ninth Circuit Court of Appeals. On October 19, 2016, the Ninth Circuit

dismissed the appeal for lack of jurisdiction, and issued its mandate on November 14, 2016. (ECF No. 14, 17.) The Court *sua sponte* provided Plaintiff an extension of time to December 7, 2016 to file objections to the findings and recommendation. (ECF No. 18.) Plaintiff filed objections on December 7, 2016. (ECF No. 19.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendations are supported by the record and proper analysis. The objections do not provide any additional or different arguments that would establish federal jurisdiction.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued August 26, 2016, is ADOPTED IN FULL;
2. Plaintiff is provided leave to file an amended complaint within thirty (30) days; and
3. Plaintiffs motions for the issuance of summons and for leave to file electronically (ECF Nos. 5-7) are denied without prejudice.

IT IS SO ORDERED.

Dated:   **December 12, 2016**        /s/ Lawrence J. O'Neill
                                                  UNITED STATES CHIEF DISTRICT JUDGE